UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| XUAN T. NGUYEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HAMILTON EXHIBITS, LLC, ) <br> ) <br> Defendant. ) | Case No. 1:19-cv-04330-JRS-DML |

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

Plaintiff, by counsel, submits the following witness list:

1. Plaintiff
2. Plaintiff's Wife
3. Brady Collier
4. Kathy (Last name unknown)
5. Dave McCall
6. Joshua Rines
7. All experts Plaintiff may use to testify.
8. All witnesses revealed through discovery.
9. All witnesses on Defendant's witness list.
10. All witnesses on Defendant's initial disclosures.
11. All witnesses needed for rebuttal and authentication of documents.

Respectfully submitted,

  s/Amber K. Boyd
Amber K. Boyd, #31235-49

Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded to Scott James Preston and Susan H. Jackson via electronic filing, this 30th day of March 2020.

 s/Amber K. Boyd
Amber K. Boyd, #31235-49

Amber K. Boyd, 31235-49
**Amber K. Boyd Attorney at Law**
810 Evergreen Avenue
Indianapolis, IN 46240
Office: 317-210-3416
amber@amberboydlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been forwarded to Michael C. Peek via electronic filing, this 29th day of August 2018.

    s/Amber K. Boyd
Amber K. Boyd, #31235-49

Amber K. Boyd, 31235-49
**Amber K. Boyd Attorney at Law**
450 E. 96th Street, Suite 500
Indianapolis, IN 46240
Office: 317-210-3416
amber@amberboydlaw.com