UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| XUAN T. NGUYEN,<br><br>        Plaintiff,<br><br>    v.<br><br>HAMILTON EXHIBITS LLC,<br><br>        Defendant. | Case No. 1:19-cv-4330-JRS-DML |

## DEFENDANT'S MOTION FOR CONTEMPT AND SANCTIONS FOR SPOLIATION OF EVIDENCE

Defendant Hamilton Exhibits, LLC respectfully requests an Order dismissing Plaintiff Xuan Nguyen's Amended Complaint with prejudice as a sanction for his contempt and spoliation of critical evidence. This Motion is based upon the accompanying Brief in Support of its Motion for Sanctions for Contempt and Spoliation of Evidence, the Declaration of Scott James Preston and any other additional evidence the Court may consider in deciding this Motion.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *s/ Scott James Preston*
Scott James Preston, Attorney No. 25436-49
Jeffrey W. Parker, Attorney No. 35742-49
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (317) 916-2123
Facsimile: (317) 916-9076
scott.preston@ogletree.com
jeffrey.parker@ogletree.com

Attorneys for Defendant, Hamilton Exhibits, LLC

## CERTIFICATE OF SERVICE

   I hereby certify that on September 14, 2020, a copy of the foregoing *Defendant's Motion for Sanctions for Contempt and Spoliation of Evidence* was filed electronically through the Court's electronic filing system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        Amber K. Boyd
        Amber Boyd Attorney at Law
        8510 Evergreen Ave.
        Indianapolis, IN 46240
        Telephone: 317.210.3416
        amber@amberboydlaw.com


          *s/ Scott James Preston*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: (317) 916-2123
Facsimile: (317) 916-9076

                     44192048.1