UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| XUAN T. NGUYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>HAMILTON EXHIBITS LLC,<br><br>    Defendant. | Case No. 1:19-cv-4330-JRS-DML |

### **ORDER**

The Court, having before it Defendant's Motion for Sanctions for Contempt and Spoliation of Evidence, and being duly advised, hereby GRANTS the Motion.

It is THEREFORE ORDERED that:

1. Plaintiff's Complaint is dismissed with Prejudice.

2. Plaintiff shall pay for Defendant's reasonable costs and attorneys' fees incurred in bringing its Motion for Sanctions, in the amount of $_____.

Dated: _____        _____
                                     Judge, United States District Court, Southern
                                     District of Indiana, Indianapolis Division

Service will be made electronically on
all ECF-registered counsel of record via
e-mail generated by the court's ECF system.

44192089.1